**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| TRAVIS GARRETT, | CASE NO. 1:16-cv-01320-GMS |
| Plaintiff, | |
| vs. | |
| CHASE BANK USA, N.A.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC; | |
| Defendants. | |

---

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT
TRANS UNION, LLC ONLY**

---

**PLEASE TAKE NOTICE** that all matters herein have been compromised and settled as between Plaintiff Travis Garrett ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") only. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

                        **GARIBIAN LAW OFFICES, P.C.**

Date: February 27, 2017        */s/ Antranig N. Garibian (with consent)*
                                            Antranig N. Garibian (#4962)
                                            1010 Bancroft Parkway, Suite 22
                                            Wilmington, DE  19805
                                            Telephone:  (215) 326-9179
                                            E-Mail:  ag@garibianlaw.com


                                            **COOCH AND TAYLOR, P.A.**

Date: February 27, 2017        */s/ Blake A. Bennett*
                                            Blake A. Bennett (#5133)
                                            The Brandywine Building
                                            1000 West Street, 10th Floor
                                            P.O. Box 1680
                                            Wilmington, DE  19801
                                            Telephone:  (302) 984-3800
                                            E-Mail:  bbennett@coochtaylor.com

                                            *Counsel for Defendant Trans Union, LLC*

**OF COUNSEL**
Terri R. Brown, Esq. (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  tbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **27th day of February, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Antranig N. Garibian, Esq. <br> ag@garibianlaw.com | Regina S.E. Murphy, Esq. <br> regina.murphy@btlaw.com |
|---|---|
| Karin M. Grivner, Esq. <br> kgrivner@clarkhill.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **27th day of February, 2017**, properly addressed as follows:

| None. | |
|---|---|

 

                                                      */s/Blake A. Bennett*
                                                      Blake A. Bennett (#5133)