IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAVIS GARRETT, | ) |
| Plaintiff, | ) ) ) C.A. No. 16-1320-GMS |
| v. | ) ) |
| CHASE BANK USA, N.A., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses Equifax Information Services LLC from this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

GARIBIAN LAW OFFICES, P.C.

*/s/ Antranig Garibian*
Antranig Garibian, Esq. (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885 (Tel)

Dated:  February 28, 2017